**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         james.goldberg@bryancave.com
                  tom.nanney@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200
Email:         reboone@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MUNSON,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS, et al.,<br><br>        Defendants. | Case No. 2:09-CV-03250-MCE-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA HOME LOANS AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-144]** |

## STIPULATION

This Stipulation is entered into by Plaintiff GARY MUNSON ( "Plaintiff") and Defendants COUNTRYWIDE HOME LOANS, INC. ("CHL") (erroneously sued as Bank of America Home Loans) and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS").

WHEREAS, on November 20, 2009, Plaintiff filed his Complaint in this Court;

1

1   WHEREAS, pursuant to Local Rule 6-144(a), on December 22, 2009, Plaintiff, CHL and MERS agreed to a 30-day extension of time for CHL and MERS to file their response to the Complaint;

   WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff has granted BOA and MERS a 30-day extension until January 23, 2010 to respond to the Complaint, and the parties now seek this Court's approval;

   NOW, THEREFORE, Plaintiff, CHL and MERS desire and hereby **STIPULATE** that CHL and MERS shall have until, and including, January 23, 2010 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated:  December 22, 2009                **LAW OFFICES OF SHARON L. LAPIN**
                                         Sharon L. Lapin

                                         By:  /s/ Sharon L. Lapin
                                              Sharon L. Lapin
                                              Attorney for Plaintiff
                                              GARY MUNSON


Dated:  December 22, 2009                **BRYAN CAVE LLP**
                                         James Goldberg
                                         Thomas E. Nanney
                                         Robert E. Boone III

                                         By:  /s/ James Goldberg
                                              James Goldberg
                                              Attorneys for Defendants
                                              COUNTRYWIDE HOME LOANS, INC. and
                                              MORTGAGE ELECTRONIC
                                              REGISTRATION SYSTEMS, INC.

**ORDER**

Having reviewed the Stipulation of Plaintiff GARY MUNSON and Defendants COUNTRYWIDE HOME LOANS, INC. (erroneously sued as Bank of America Home Loans) and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and good cause appearing, IT IS ORDERED THAT Defendants COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. shall have until, and including, January 23, 2010 to respond to the Complaint in this matter.

DATED: January 4, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3