```
Miho Kubota (State Bar #242831)
Klein Law Group
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
Tel.: (415) 693-9107
Fax: (415) 693-9222

Attorney for Defendant
JAMES MILNES
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MUNSON | Case No. 2 :09- cv-03250-MCE-KJM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME |
| vs. | FOR DEFENDANT JAMES MILNES TO RESPOND TO COMPLAINT |
| BANK OF AMERICA HOME LOANS, et al | |
| Defendants. _____/ | |

**STIPULATION**

This Stipulation is entered into by Plaintiff GARY MUNSON ("Plaintiff") and Defendant JAMES MILNES ("MILNES").

WHEREAS, on November 20, 2009, Plaintiff filed a Complaint in this Court;

WHEREAS, pursuant to Local Rule 6-144(a) on December 29, 2009, Plaintiff and MILNES agreed to a 30 day extension of time for MILNES to file his response to the Complaint.

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff has granted MILNES a thirty-day extension to January 29, 2010 to respond to the Complaint and the parties now see Court approval.

///

///

*Stipulation to Extend Time to Respond*          1

1  NOW, THEREFORE, Plaintiff and MILNES do hereby Stipulate that MILNES shall have until January 29, 2010 to respond to the Complaint in the above-entitled matter.

   IT IS SO STIPULATED

Dated December 29, 2009                    Law Offices of Sharon L. Lapin

                                           /s/

                                           _____
                                           Sharon L. Lapin
                                           Attorney for Plaintiff
                                           GARY MANSON

Dated: December 29, 2009                   Klein Law Group

                                           /s/

                                           _____
                                           Miho Kubota
                                           Attorney for Defendant
                                           JAMES MILNES


### ORDER

Based on the Stipulation of the Parties and good cause appearing, IT IS ORDERED THAT Defendant JAMES MILNES shall have until, and including, January 29, 2010 to respond to the Complaint in this matter.

IT IS SO ORDERED.

Dated: January 12, 2010

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE

*Stipulation to Extend Time to Respond*          2