UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT BREEDLOVE,

       Plaintiff,                    Case No. 2:09-CV-3477 FCD KJM

   v.                                    **O R D E R**

NAVIGATOR'S INSURANCE COMPANY,

       Defendant.

_____/

    Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge". <u>See</u> 28 U.S.C. §636(a)(5) and (c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

/////

/////

/////

1       IT IS HEREBY ORDERED that the Clerk of the Court reassign
2  this case to the Honorable Kimberly J. Mueller.  The parties
3  shall please take note that all documents hereafter filed with
4  the Clerk of the Court shall bear case No. **2:09-CV-3477 KJM**. All
5  currently scheduled dates presently set before Judge Damrell are
6  hereby **VACATED**.

7  DATED: January 8, 2010               /s/ Frank C. Damrell, Jr.
8                                       FRANK C. DAMRELL, JR.
9                                       UNITED STATES DISTRICT JUDGE

11      Having also reviewed the file, I accept reference of this
12 case for all further proceedings and entry of final judgment.
13 DATED: January 12, 2010.

                                        U.S. MAGISTRATE JUDGE